**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

| | |
|---|---|
| JOSUE BAEZ | Case No. 09-73598-FJS |
| LEILANI A. BAEZ, | Chapter 7 |

      Debtors.

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| ACS<br>PO Box 7052<br>Utica, NY 13504-7052 | $115.29 |

Dated: October 27, 2011　　　　　　　　　/s/ Charles L. Marcus
　　　　　　　　　　　　　　　　　　　　　Charles L. Marcus, Trustee
　　　　　　　　　　　　　　　　　　　　　VSB #7020

Charles L. Marcus, Trustee
580 East Main Street, Suite 300
Norfolk, VA 23510
(757) 622-9005

CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically transmitted by the Court's ECF System on October 27, 2011 to: Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA 23510.

　　　　　　　　　　　　　　　　　　　　　/s/ Charles L. Marcus
　　　　　　　　　　　　　　　　　　　　　Charles L. Marcus, Trustee